Tenicka S. Shannon
        Plaintiff(s)

v.

Deputy Michael Shane Hill, et al.
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cv-00629-WO-JLW

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Judge Osteen | Raveendran; McPherson; Mills | R. Eubanks; S. Owens |
| **Hearing Date:** | **Court Reporter** | **Courtroom Deputy** |
| 1/30/2025 | Proceedings Recorded | D. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/30/2025 | | | Tenicka Smith (f/k/a Tenicka S. Shannon) |