IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TENICKA S. SHANNON, individually and as Administrator of the Estate of Frederick R. Smith Cox, Deceased, ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:21-cv-629 |
| DEPUTY MICHAEL SHANE HILL, individually and as agent of the Davidson County Sheriff's Office, DAVIDSON COUNTY SHERIFF'S OFFICE, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, surety on the Official Sheriff's Bond under N.C.G.S. 162-8, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that the parties' Joint Motion to Approve Settlement, (Doc. 120), is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2), to be converted into **WITH PREJUDICE** once the proceeds are received.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendants in this action are released from any and all future liability to the minor children arising out of the death of Decedent.

This the 3rd day of February, 2025.

```
                          _____
                                United States District Judge
```